IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**CRIMINAL MINUTES (SENTENCING)**

**UNITED STATES OF AMERICA**
v.                                                    **CASE #: 2:11-cr-00038-NBB-DAS-1**
**RAYMOND LAMONT SHOEMAKER**

**DATE & TIME BEGUN:**   September 24, 2012  - 1:35 PM
**DATE & TIME ENDED:**   September 24, 2012  - 2:15 PM

**TOTAL TIME: 40  MINUTES**

**PRESENT:**

**HONORABLE NEAL B. BIGGERS**
U.S. DISTRICT JUDGE

Nita Morris                                         Susan Alford May
**Courtroom Deputy Clerk**                          **Official Court Reporter**

**ATTORNEY(S) FOR GOVERNMENT:**                     **ATTORNEY(S) FOR DEFENDANT(S):**

AUSA: Robert Mims                                   Michael A. Heilman
    Clayton A. Dabbs                               Steven E. Farese
    Chad Lamar                                     Edward T. Polk
    Bill Martin

**PROCEEDINGS:**     **SENTENCING COUNT(S)   6 thru 12 - INDICTMENT**

**ENTRY TO BE MADE ON DOCKET:**   Sentencing held; Sentence Imposed as to Counts 6 thru 12 of the Indictment.  Objections to the Addendum to the PSR were presented to the court; issues resolved.  Defendant to voluntary surrender November 01, 2012.  Court dismissed.  J & C Forthcoming.

**DAVID CREWS, CLERK**

By:  _s/ Nita Morris_
      Nita Morris, Courtroom Deputy Clerk