# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI

### CRIMINAL MINUTES - SENTENCING

**USA**

**v.**                                          **CASE NO: 2:11-cr-038-NBB**

**RAYMOND LAMONT SHOEMAKER**

Date & Time Began:    November 12, 2015 - 2:30 PM
Date & Time Ended:    November 12, 2015 - 2:50 PM

**TOTAL TIME:   20 minutes**

**PRESENT:**

**HONORABLE NEAL B. BIGGERS, JR.**
**UNITED STATES DISTRICT JUDGE**

Karen Tidwell                                    Rita Young
**Courtroom Deputy Clerk**                       **Official Court Reporter**

**ATTORNEY(S) FOR GOVERMENT:**                   **ATTORNEY(S) FOR DEFENDANT(S):**

AUSA Clayton A. Dabbs                            Michael A. Heilman

**U. S. PROBATION OFFICER(S):**

Blaine Anderson

**PROCEEDINGS:** Sentencing.

**ENTRY TO BE MADE ON DOCKET:** Sentencing held.  Final Judgement to follow.

**DAVID CREWS**

By /s/ Karen Tidwell
Courtroom Deputy Clerk